CLASS ACTION

IN THE UNITED STATES DISTRICT COURT
FOR THE __MIDDLE__ DISTRICT OF __FORT MYERS__ DIVISION

*(Write the District and Division, if any, of the court in which the complaint is filed.)*

SEE ATTACHED
CHARLIE JACKSON
DAVID BAKER JR
WILLIAM J. COLE
DANIEL BROWN
JESUS M. CRUZ
BLAINE E. WILLIAMS

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* CONTINUE ON 1) 1A

-against-

STATE OF FLORIDA
KATHLEEN A. SMITH
MIKE SCOTT
RICK SCOTT
STEPHEN B. RUSSELL
LINDA DOGGETT

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Prisoner Complaint)

Case No. 2:18-CV-259-FtM-29MRM
*(to be filled in by the Clerk's Office)*

Jury Trial: ☐ Yes ☐ No
*(check one)*

FILED 2018 APR 19 AM 11:08 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA FORT MYERS FLORIDA

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

## Plaintiffs

- CHARLIE JACKSON
- DAVID BAKER JR.
- WILLIAM N. COLE
- DANIEL BROWN
- JESUS M. CRUZ
- BLAINE E. WILLIAMS
- DANIEL THOMAS
- RODRIGUEZ DURAN
- REGINALD R. GRIFFIN
- IAN WAGNER
- TYRONE CAMBELL
- JAVON SMITH
- STANLEY HALL KRABILL
- MADESTO GARCIA BAUTITA

I.     The Parties to This Complaint

     A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

        Name     _____

        All other names by which you have been known:

        _____
        _____

        ID Number     _____
        Current Institution     _____
        Address     _____
        _____

     B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

        Name     STATE OF FLORIDA
        Job or Title (if known)     _____
        Shield Number     _____
        Employer     _____
        Address     _____

        ☐ Individual capacity     ☒ Official capacity

Defendant No. 2

        Name     KATHLEEN A. SMITH

2

    Job or Title _____
    (if known)
    Shield Number _____
    Employer _____
    Address _____
                                          _____

    ☐ Individual capacity      ☐ Official capacity

Defendant No. 3
    Name      MIKE SCOTT
    Job or Title
    (if known)
    Shield Number
    Employer
    Address

    ☑ Individual capacity      ☑ Official capacity

Defendant No. 4
    Name      RICK SCOTT
    Job or Title
    (if known)
    Shield Number
    Employer
    Address

    ☑ Individual capacity      ☑ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Due Process violation, 6th Amendment violation, 8th Amendment violation, 28 U.S.C. §2675 standard form 95 violation

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

THIS IS IN RELATION TO THE LEE COUNTY COURT TRANSACTIONING CASES VIOLATING INMATES CONSTITUTIONAL RIGHTS. THE SPECIFIC RIGHTS INCLUDE 6TH AMENDMENT RIGHT TO A SPEEDY TRAIL UPON DEMAND BY ALL

CONTINUE ON PAGE N-A

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

4

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

It come to my attention when I was arrested on 10/2/2017 and all inmates told me you don't have arraignments. So, it started at Lee County jail 10/2/2017 when I became aware of it. Its probably been going on for years

C. What date and approximate time did the events giving rise to your claim(s) occur?

October 2, 2017

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

All plaintiffs were denied our right to a speedy trial upon DEMAND, Bonds were set excessively high, and the Public Defenders office (Kathleen A. Smith) allowed the State to continue all inmates arraignment to case management and DENY our RIGHT to DEMAND speedy trial. All inmates at this facility can testify to these STATE actions. Kathleen A. Smith and Stephen B. Russell's counsels are working together with this scheme

5

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Mental and emotional stress, malnutrition, cruel and unusual punishment

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Each Plaintiff is requesting 2.3 million dollars for the actions the defendants have conspired and taken against each plaintiffs. This monetary debt also includes loss of employment, residence, vehicles, assets; all other things lost because of prolonged stay at defendants facility not allowing the Plaintiffs the opportunity to DEMAND a speedy trial giving the STATE 60 days of trial instead of 175 days

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes
☑ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

N/A
N/A

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes
☐ No
☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes
☑ No
☐ Do not know

If yes, which claim(s)?

N/A
N/A

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☑ No

7

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

- ☐ Yes
- ☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

    N/A
    N/A

2. What did you claim in your grievance?

    N/A
    N/A

3. What was the result, if any?

    N/A
    N/A

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

    N/A
    N/A

Case 2:18-cv-00259-JES-MRM Document 1 Filed 04/19/18 Page 10 of 14 PageID 10

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   N/A
   N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   N/A
   N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)_

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

N/A

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

    2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

    3. Docket or index number

    _____

    4. Name of Judge assigned to your case

    _____

    5. Approximate date of filing lawsuit

    _____

    6. Is the case still pending?

    ☐ Yes
    ☐ No

    If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____
   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

   ☐ Yes
   ☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit

      Plaintiff(s) _____
      Defendant(s) _____

   2. Court *(if federal court, name the district; if state court, name the county and State)*

      _____
      _____

   3. Docket or index number

      _____

   4. Name of Judge assigned to your case

      _____

   5. Approximate date of filing lawsuit

      _____

   6. Is the case still pending?

      ☐ Yes
      ☐ No

11

If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____, 20__.

Signature of Plaintiff _____ UCC 1-207 without prejudice_____
Printed Name of Plaintiff  Charlie Jackson
Prison Identification # 332387 - 862206
Prison Address  2115 Dr. Martin Luther King
 Fort Myers   Florida   33901
 City    State   Zip Code

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____

12

Address   _____

Telephone Number   _____

E-mail Address   _____